**Motion Granted; Appeal Reinstated and Order filed October 6, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-10-00629-CV**

_____

**CONNIE SUSAN WALSH, Appellant**

**V.**

**JAMES HENRY WALSH, Appellee**

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2007-46926**

## R E I N S T A T E M E N T   O R D E R

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 3:11-bk-72154. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on May 19, 2011, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On September 30, 2011, appellant filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellant's brief is due to be filed with the clerk of this court on or before **November 7, 2011.**

PER CURIAM